# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3584

_____

In re: Erik Nielsen; Kathryn R Nielsen

*Debtor*s

------------------------------

Kathryn R Nielsen

*Appellant*

v.

ACS, Inc.; Educational Credit Management Corporation

*Appellee*s

------------------------------

In Re: Erik Nielsen; Kathryn R Nielsen

*Debtor*s

------------------------------

Kathryn R Nielsen

*Appellant*

v.

Iowa Student Loan Liquidity Corporation; Educational Credit Management Corporation

*Appellee*s

_____

Appeal from the United States Bankruptcy
Appellate Panel for the Eighth Circuit

_____

Submitted: November 6, 2015
Filed: November 13, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Kathryn Nielsen appeals from the decision of the Bankruptcy Appellate Panel affirming the judgment of the Bankruptcy Court[1] denying her request to discharge her student loan debt under the "undue hardship" provision of 11 U.S.C. § 523(a)(8). We have reviewed the record and Nielsen's arguments on appeal, and we find no basis for reversal. See Educ. Credit Mgmt. Corp. v. Jesperson, 571 F.3d 775, 778–79 (8th Cir. 2009) (standards of review). To the extent Nielsen has raised new arguments on appeal, we decline to consider them. See Juarez v. Minnesota, 217 F.3d 1014, 1017 (8th Cir. 2000) ("We generally decline to address arguments raised for the first time on appeal . . . .").

We affirm the judgment of the Bankruptcy Appellate Panel.

_____

[1]The Honorable Anita L. Shodeen, United States Bankruptcy Judge for the Southern District of Iowa.